## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

SUNIL KUMAR KURAPATI and
BHARATHI MALLIDI,

    Plaintiffs,

v.                                          Case No: 8:13-cv-68-T-30AEP

UNITED STATES CITIZENSHIP AND
IMMIGRATION SERVICE, JANET
NAPOLITANO, ERIC HOLDER,
ALEJANDRO MAYORKAS, PERRY
RHEW, MARK HAZUDA and ROBERT
S. MUELLER, III ,

    Defendants.

## ORDER

**THIS CAUSE** came on for consideration upon the Report and Recommendation submitted by Magistrate Judge Anthony E. Porcelli (Dkt. #65) and the Objections (Dkt. #66, #67) filed thereto.

After careful consideration of the Report and Recommendation of the Magistrate Judge, the Objections, and in conjunction with an independent examination of the file, the Court is of the opinion that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects.

**ACCORDINGLY**, it is therefore, **ORDERED AND ADJUDGED**:

1. The Report and Recommendation (Dkt. #65) of the Magistrate Judge is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review.

2. Plaintiffs' Motion for Summary Judgment (Dkt. #55) is GRANTED.

3. Sunil Kumar Kurapati's I-140 petitions and Sunil Kumar Kurapati and Bharathi Mallidi's I-485 petitions shall be immediately reinstated.

4. Defendant's Opposition to Plaintiffs' Motion for Summary Judgment and Cross-Motion for Summary Judgment (Dkt. #57) is DENIED.

5. Plaintiffs' Motion for Preliminary Injunction (Dkt. #45) is DENIED as moot.

6. The Clerk of Court is directed to CLOSE this case.

7. The Court reserves jurisdiction to the extent that further action is needed from this Court related to the reinstatement of the petitions.

8. Any motion for attorney's fees and costs shall be filed within twenty-one (21) days of this Order.

**DONE** and **ORDERED** in Tampa, Florida, this 15th day of June, 2016.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies Furnished To:
Counsel/Parties of Record

S:\Even\2013\13-cv-68 adopt 65.docx